```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
                                                        3/6/15
| JOSEPH COETT, |
| Plaintiff, | ORDER
| -against- | 14cv8256 (MHD)
| VI JETS INTERNATIONAL, INC., et al., |
| Defendants. |

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the parties are to comply with one of the following two options originally articulated by Judge Furman in his order of March 3, 2015:

1. By no later than **MARCH 17, 2015,** submit their settlement agreement to the Court along with a letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable, with reference to the factors discussed in Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

2. By no later than **MARCH 17, 2015,** file a motion consistent with the holding in Picerni v. Bilingual Seit & Preschool Inc., 925 F. Supp. 2d 368, 368-69 (E.D.N.Y. 2013), seeking an order that the parties' settlement need not be approved by the court.

Dated: New York, New York
       March 6, 2015

                        SO ORDERED.


                        _____
                        **MICHAEL H. DOLINGER**
                        **UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today by fax to:

Russell E. Adler, Esq.
Fax: 888-636-2303

Ivan Adam Saperstein, Esq.
Fax 914-251-0969

Adam Silverstein, Esq.
Fax: 646-762-9857