ABSTRACT OF JUDGMENT

Re:

Case Number:

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| V1 Jets International, Inc., 51 East 42nd St., 11th Floor, New York, New York 10019; V1 Jet Holdings, Inc., 51 East 42nd St., 11th Floor, New York, New York 10019; Travelsuite, Inc., 51 East 42nd St. 11th Floor, New York, New York 10019; Jaime Matta, 265 East 66th St., PH F, New York, New York 10065; and Andrew Zarrow, 5 Rockrest Rd., Manhasset, New York 11030 | Joseph Goett c/o Ivey Barnum & O'Mara, LLC 445 Hamilton Street, Suite 1102 White Plains, New York 10601 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $66,613.67 plus post-judgment interest at a rate of nine percent (9%) per annum | Stephen G. Walko, Esq., Ivey, Barnum, & O'Mara, LLC, 445 Hamilton Street, Suite 1102, White Plains, New York 10601 (Attorneys for Joseph Goett) Ivan A. Saperstein, Esq., Lane Sash & Larrabee LLP, 106 Corporate Park Drive, Suite 110, White Plains, NY 10604 and Adam Silverstein, Esq., Law Offices of Adam Silverstein, P.C., 15 Maiden Lane, Suite 2005, New York, NY 10038 (Attorneys for all defendants) | November 19, 2015 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

Dated: New York             , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
**By,  Deputy Clerk**